IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Carl Johnson, <br><br> Plaintiff(s), <br><br> v. <br><br> BP Exploration & Production, Incorporated, BP America Production Company, BP p.l.c., Transocean Holdings, LLC, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., and Halliburton Energy Services, Inc., <br><br> Defendants. | Civil Action No. 2:17-cv-04369-JCZ-KWR <br><br> Judge Jay C. Zainey <br><br> Mag. Judge Janis van Meerveld <br><br> Section "A/1" |

## PLAINTIFF'S NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff, Carl Johnson, hereby appeals to the United States Court of Appeals for the Fifth Circuit from two Orders issued by the Honorable Jay C. Zainey, United States District Judge: (1) Order and Reasons granting Defendants' Daubert Motion to exclude Cook testimony and denying spoliation motion (R. Doc. 69) entered on October 24, 2022; (2) Judgment (R. Doc. 70) entered on October 24, 2022; and (3) Order denying Plaintiff's Motion for Reconsideration (R. Doc. 74) entered on December 7, 2022. This appeal is thus timely filed under Federal Rule of Appellate Procedure 4(a)(1)A) because it was filed within 30 days of the Order. The Court of Appeals has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291.

Respectfully submitted,

/s/ Paul A. Dominick
Paul A. Dominick    Fed ID No. 577
NEXSEN PRUET, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
PHONE:  843.577.9440

FACSIMILE: 843.720.1777
PDominick@nexsenpruet.com

And

Douglas M. Schmidt    Fed ID No. 11789
Douglas M. Schmidt, APLC
335 City Park Avenue
New Orleans, LA 70119
PHONE: 504-482-5711
FACSIMILE: 504-482-5755
Dglsschmdt@yahoo.com

 And

Timothy J. Falcon, #16909
Jeremiah A. Sprague, #24885
Jarrett S. Falcon, #34539
Jennifer L. Martin, #34663
FALCON LAW FIRM
5044 Lapalco Boulevard
Marrero, Louisiana 70072
Telephone: (504) 341-1234
Facsimile: (504) 348-7714
tim@falconlaw.com
jerry@falconlaw.com
jarrett@falconlaw.com
jenni@falconlaw.com

Attorneys for Plaintiff(s)

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing NOTICE OF APPEAL was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record on January 5, 2023.

/s/ Paul A. Dominick